IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA )
)
v. ) CR. NO. 2:06cr282-WC
) (18 U.S.C. 641)
DAREN L BERGQUIST )
)
) INFORMATION
)

The United States Attorney charges:

## COUNT

On or about the 30th day of October 2006, at the Army Air Force Exchange Service (AAFES), at Maxwell Air Force Base, in the Middle District of Alabama, **DAREN L BERGQUIST** did steal merchandise of a value of less than one thousand dollars ($1,000.00), the property of the United States, in violation of Title 18, Section 641, United States Code.

LEURA CANARY
United States Attorney

KENT BRUNSON
Assistant United States Attorney

NEAL B. FRAZIER
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB, AL 36112-6334
Telephone: 334-953-2786/2789
Fax: 334-953-2787

| | | |
|---|---|---|
| STATE OF ALABAMA | ) | |
| | ) | **AFFIDAVIT** |
| COUNTY OF MONTGOMERY | ) | |

The undersigned, being first duly sworn, deposes and says:

    I, CURTIS DENNIS, am employed by the Army Air Force Exchange (AAFES) at Maxwell Air Force Base as a store detective. On or about 30 October 2006, via closed circuit video monitors, I observed DAREN L BERGQUIST remove the price tag from a pair of Bolle Sunglasses before placing them on his head. BERGQUIST then went through checkout purchasing other items and left the store without paying for the sunglasses on top of his head. I detained him in the lobby and escorted him to the security office. Security forces responded. The Bolle sunglasses valued at $69.00.

_____
CURTIS DENNIS

Subscribed and sworn to before me this _17_ day of _November_, 2006.

_____
Notary Public
State of Alabama

AUDREY FAYE GRIFFIN
Notary Public
STATE OF ALABAMA

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: July 19, 2009
BONDED THRU NOTARY PUBLIC UNDERWRITERS