IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

RECEIVED
2007 JAN -5  A 10: 29
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR. NO. 2:06-CR-282-WC |
| | ) | (18 U.S.C. 641) |
| DAREN L. BERGQUIST | ) | |

## NOTICE OF APPEARANCE

Please take notice that Richard B. White hereby gives Notice of Appearance as counsel of record for the Defendant, Daren Bergquist, in the above-styled case.

**Respectfully submitted** on this the 5th day of January, 2007.

_____
RICHARD B. WHITE (WHI 120)
VICKERS & SMITH, P.L.L.C.
22 Scott Street, 2nd Floor
Montgomery, Alabama 36104
(334) 264-8818

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion will be served to the Honorable Kent Brunson and Neal Frazier, by hand delivery, or U.S. mail, postage prepaid and properly addressed, or by placing a copy of the same in the U.S. Attorney's box in the Clerks Office.

**Done** on this the 5th day of January, 2007.

_____
OF COUNSEL