| | |
|---|---|
| COURTROOM DEPUTY'S MINUTES | DATE: 1/9/07 |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: FTR: 10:10 - 10:15 |
| | COURT REPORTER: |

√ INITIAL APPEARANCE    √ ARRAIGNMENT    ☐ CHANGE OF PLEA
☐ CONSENT PLEA    ☐ RULE 44(c) HEARING    ☐ SENTENCING

---

**PRESIDING MAG. JUDGE:** WALLACE CAPEL, JR.    **DEPUTY CLERK:** Wanda A. Robinson
**CASE NUMBER:** 2:06cr282-WC    **DEFENDANT NAME:** Daren L. Bergquist
**AUSA:** Reese Hays    **DEFENDANT ATTORNEY:** Richard Benjamin White, Jr.
       Type counsel ( )Waived; (√)Retained; ( )CJA; ( )FPD
**PTSO/USPO:** _____    (√) appointed at arraignment; ( ) standing in for:


**Interpreter present?** (√)NO; ( )YES   Name:

---

√ This is defendant's **FIRST APPEARANCE.**
☐ **FINACIAL AFFIDAVIT EXECUTED.**   <u>ORAL MOTION FOR APPT OF COUNSEL</u>
☐ <u>ORAL ORDER APPOINTING FEDERAL PUBLIC DEFENDER. NTC OF APPR TO BE FILED</u>
☐ **WAIVER OF INDICTMENT** executed and filed.
☐ **INFORMATION** filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

**PLEA:**   √ Not Guilty              ☐ Nol Contendere
        ☐ Not Guilty by reason of insanity
        ☐ Guilty as to:
            ☐ Count(s):
            ☐ Count(s):        ☐ dismissed on oral motion of USA
                        ☐ to be dismissed at sentencing

☐ Written plea agreement filed   ☐ **ORDERED SEALED**
☐ **ORAL ORDER** Accepting Guilty Plea and Adjudicationg Defendant Guilty as to Count
√ MISDEMEANOR CRIMINAL TRIAL TERM: 3/12/07
√ **DISCOVERY DISCLOSURE DATE:** PROVIDED
√ **CONSENT to PROCEED** before Magistrate Judge executed
☐ **ORDER:** Defendant continued under ☐ same bond; ☐ summons; for:
        ☐ Trial on _____; ☐ Sentencing on _____
☐ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
        ☐ Posting a $_____ bond;
        ☐ Trial on _____; or ☐ Sentencing on _____