IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2007 FEB 12 P 3: 39

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:06CR282-WC |
| ) | |
| DAREN L. BERGQUIST ) | INFORMATION |

### GOVERNMENT RESPONSE TO ORDER ON ARRAIGNMENT

On 9 January 07, the United States District Court for the Middle District of Alabama Northern Division ordered that, on or before 12 February 07, the government advise the court of its plans to offer the videotape as evidence and to specify the length of the tape.

It is the intent of the government to offer the videotape of the defendant's activities in the Aafes Base Exchange on Maxwell Air Force Base on 30 October 2006, into evidence. The portions of the videotape to be shown are approximately 1 hour in duration.

REESE H. HAYS
Special Assistant United States Attorney

42ABW/JA
50 LeMay Plaza South
Maxwell AFB AL 36112-6334
(334) 953-2786/2789

**CERTIFICATE OF SERVICE**

UNITED STATES v. DAREN BERGQUIST

     I hereby certify that on February 5, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to RICHARD B. WHITE, attorney for the defendant, 23 Scott St, Second Floor, Montgomery, Alabama, 36104

/s Reese H. Hays III
REESE H.HAYS III
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB, Alabama  36112-6334
(334) 953-2786