**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                              TELEPHONE (334) 954-3600

February 6, 2007

## NOTICE OF DEFICIENCY

**To:**              Reese H. Hays
                     42ABW/JA
                     50 LeMay Plaza South
                     Maxwell AFB, AL 36112-6334

**From:**            Clerk's Office

**Case Style:**      USA vs. DAREN L. BERGQUIST

**Case Number:**     2:06cr282-WC

**Referenced Pleading:**   Document #10
                           Notice of Intent to Use Evidence

**The above referenced pleading filed by electronic means on 2/5/07 did not contain your electronic signature as required by Civil Administrative Procedure II-C. The referenced pleading also does not contain a certificate of service.**

**The listed deficiency must be corrected within 10 days from the date of this notice. Please submit to the Clerk's office by CONVENTIONAL means the signature page and certificate of service of the referenced document which contains your electronic signature as explained in the Civil Administrative Procedure.**

**PLEASE DO NOT RESUBMIT THE ENTIRE PLEADING and DO NOT FILE ELECTRONICALLY.**