IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.  **2:06CR282-WC** |
| | ) | |
| DAREN L. BERGQUIST | ) | |
| | ) | **INFORMATION** |
| | ) | |
| | ) | |

**GOVERNMENT RESPONSE TO ORDER ON ARRAIGNMENT**

  On 9 January 07, the United States District Court for the Middle District of Alabama Northern Division ordered that, on or before five days prior to the pretrial conference, the government advise the court in writing as to whether this case will be tried.

  On 23 Jan 07 the defense sent a letter requesting the defendant to enter into a pre-trial diversion. It is the intent of the government to allow the defendant to enter into a pre-trial diversion; therefore, a trial would be unneeded.

          Respectfully submitted,

          s/Reese H. Hays III
          REESE H. HAYS III
          Special Assistant United States Attorney
          42 ABW/JA
          50 LeMay Plaza South
          Maxwell AFB AL  36112-6334
          (334) 953-2786/2789

**CERTIFICATE OF SERVICE**

      I hereby certify that on this the 14 day of February, 2007, and in the matter of *USA vs. Daren Bergquist,* 2:06-cr-282, I electronically filed the Government Response to Order on Arraignment with the Clerk of the Court using the CM/ECF system which will send notification to Attorney Richard White.

      Respectfully submitted,

      s/Reese H. Hays III
      REESE H. HAYS III
      Special Assistant United States Attorney
      42 ABW/JA
      50 LeMay Plaza South
      Maxwell AFB AL  36112-6334
      (334) 953-2786/2789