IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.: 2:06cr282-WC |
| | ) | |
| DAREN L. BERGQUIST | ) | |

## **ORDER**

For good cause, it is

ORDERED that the pretrial conference currently set for February 16, 2007 is canceled. The Government shall inform the Court, in writing, as to the status of the pretrial diversion by March 5, 2007.

DONE this 14th day of February 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE