IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-cr-282-WC |
| | ) | |
| DAREN BERGQUIST | ) | |

## STATUS OF PRETRIAL DIVERSION REQUEST

Comes now the United States of America by and through its Attorney for the Middle District of Alabama and states the following:

1. The defendant, through counsel Richard White, requested pretrial diversion in writing on 23 January 2007.

2. The request was forwarded with a recommendation in favor of pretrial diversion to the US Attorney's Office on 5 February 2007.

3. On 28 February 2007, the US Attorney's Office requested additional information from the defendant.

4. The defendant, through counsel Richard White, provided the requested additional information on 1 March 2007.

5. The case will not be resolved by the 12 March 2007 trial docket.

Respectfully submitted this the 5th day of March, 2007.

Respectfully submitted,

LEURA GARRETT CANARY

UNITED STATES ATTORNEY

**s/Neal B. Frazier**
NEAL B. FRAZIER
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB, AL  36112-6334
Telephone:  334-953-2786/2789
Fax:  334-953-2787

CERTIFICATE OF SERVICE

     I hereby certify that on this the 5th day of March, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

**s/Neal B. Frazier**
NEAL B. FRAZIER
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB, AL  36112-6334
Telephone:  334-953-2786/2789
Fax:  334-953-2787