**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

March 6, 2007

# NOTICE OF CORRECTION

**From:** Clerk's Office

**Case Style:** USA vs. DAREN L. BERGQUIST

**Case Number:** 2:06cr282-WC
Document #14

**This Notice of Correction was filed in the referenced case this date to correct the following deficient pleading which was filed on March 5, 2007 :**

**Motion Status of Pretrial Diversion Request (Document #14) was filed as a Motion, however it is not a motion. The pending motion will be terminated and removed from the Court's pending motion report.**