IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-cr-282-WC |
| | ) | |
| DAREN BERGQUIST | ) | |

**UNOPPOSED MOTION TO CONTINUE TRIAL**

**COMES NOW** the undersigned counsel, Neal B. Frazier, and pursuant to 18 U.S.C. Sections 3161(h)(2) and 3161 (h)(8)(B)(I), respectively moves this Court to continue the trial of this action from the present trial date of March 12, 2007, to allow for the final consideration/resolution of pretrial diversion in this matter.  In support of this Motion, government would show:

1.  Mr. Bergquist has been charged by Information in this district with theft of government property in violation of 18 U.S.C. Section 641.

2.  The Assistant United States Attorney has approved Mr. Bergquist for pretrial diversion.

3.  This case will now be referred to the United States Probation Office for completion of the pretrial diversion "work up."  Once the work up is completed, the government will file its Motion to Dismiss the Information.

4.  Because prosecution will be deferred/diverted, pursuant to the agreement upon the final work up, it is in the interest of justice to continue trial in this matter so as to allow the parties more time to finalize Mr. Bergquist's diversion agreement.  18 U.S.C. Sections 3161(h)(2) and 3161 (H)(8)(b)(I).

5.  The Defendant, Daren Bergquist, by and through his counsel, Richard B. White, has no opposition to the granting of a continuance.

WHEREFORE, government respectfully requests that this Motion be granted.

Dated this 8th day of March, 2007.

> Respectfully submitted,
>
> s/Neal B. Frazier
> NEAL B. FRAZIER
> Special Assistant United States Attorney
> 42 ABW/JA
> 50 LeMay Plaza South
> Maxwell AFB AL  36112-6334
> (334) 953-2786/2789

CERTIFICATE OF SERVICE

I hereby certify that on this the 8th day of March, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to Attorney Richard B. White.

> **s/Neal B. Frazier**
> NEAL B. FAZIER
> Special Assistant United States Attorney
> 42 ABW/JA
> 50 LeMay Plaza South
> Maxwell AFB, AL  36112-6334
> Telephone:  334-953-2786
> Fax:  334-953-2787