IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR CASE NO.: 2:06cr282-WC |
| ) | |
| DAREN L. BERGQUIST ) | |

**ORDER ON MOTION**

For good cause, it is

ORDERED that the Defendant's Motion to Continue Trial, filed on March 9, 2007 (Doc #16), is GRANTED.  Jury selection and trial in this case is hereby continued to the Montgomery misdemeanor term set on May 7, 2007 with any requested voir dire questions and jury instructions to be filed not later than one week before jury selection.  Counsel for the parties shall file a joint status report by April 30, 2007.

DONE this 9th day of March, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE