IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2007 MAR -9  A 8: 53

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | )  CR. NO. 2:06-cr-282-WC |
| | ) |
| DAREN BERGQUIST | ) |

## MOTION TO CONTINUE

**COMES NOW**, Daren Bergquist, by and through undersigned retained counsel, and moves this Honorable Court to continue the trial of this matter. As basis for such request, Defendant asserts the following:

1. Defendant Daren Bergquist is charged with Stealing Merchandise at Maxwell Air Force Base in violation of Title 18, Section 641, and United States Code. This case is set for trial before this Honorable Court without a jury. The Defendant is scheduled to appear in front of this Honorable Court on March 12, 2007.

2. An application for Pretrial Diversion has been made, but no decision has been reached.

3. The undersigned counsel feels like the defendant will be a good candidate for pretrial diversion and hopes he will be accepted into the program.

4. It is the understanding of the undersigned counsel that Captain Frazier is not opposed to such a continuance.

5. No party will be prejudiced by such a continuance.

Dated this the 9th day of March, 2007.

>Respectfully submitted,
>
>*/s/ Richard B. White*
>Attorney for the Defendant
>Richard B. White (WHI 120)
>Vickers, Smith & White, P.L.L.C.
>22 Scott Street, 2nd Floor
>Montgomery, Alabama 36104
>334-264-8818

## CERTIFICATE OF SERVICE

I certify that on the 9th day of March, 2007, the foregoing document will be served on AUSA Kent Brunson and SAUSA Neal Frazier, properly addressed and pre-paid, in the following manner:

*Facsimile*

>*/s/ Richard B. White*
>Attorney for the Defendant