IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | 2:06cr282-WC |
| ) | |
| DAREN L. BERGQUIST ) | |

## **ORDER ON MOTION**

On March 9, 2007, Defendant, DAREN L. BERGQUIST, filed a Motion to Continue Trial (Document #18). The Court had previously issued an order on March 9, 2007, continuing the trial in this case to May 7, 2007 (Document # 17). Therefore, for good cause, it is

ORDERED that the Motion to Continue Trial filed March 9, 2007, (Doc. #18), is DENIED as MOOT.

DONE this 12th day of March 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE