IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2007 APR 30 P 4:30

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CR. NO. 2:06-cr- 282-WC |
| ) | |
| DAREN BERGQUIST ) | |

## MOTION TO CONTINUE

**COMES NOW**, Daren Bergquist, by and through undersigned retained counsel, and moves this Honorable Court to continue the trial of this matter. As basis for such request, Defendant asserts the following:

1. Defendant Daren Bergquist is charged with Stealing Merchandise at Maxwell Air Force Base in violation of Title 18, Section 641, and United States Code. This case is set for trial before this Honorable Court. The Defendant is scheduled to appear in front of this Honorable Court on May 7, 2007.

2. An application for Pretrial Diversion has been made, but no decision has been reached.

3. The undersigned counsel feels like the defendant will be a good candidate for pretrial diversion and hopes he will be accepted into the program

4. No party will be prejudiced by such a continuance.

Dated this the 30th day of April, 2007.

Respectfully submitted,

_____
Attorney for the Defendant
Richard B. White (WHI 120)
Vickers, Smith & White, P.L.L.C.
22 Scott Street, 2nd Floor
Montgomery, Alabama 36104
334-264-8818

## CERTIFICATE OF SERVICE

I certify that on the 30th day of April, 2007, the foregoing document will be served on AUSA Kent Brunson and SAUSA Neal Frazier, properly addressed and pre-paid, in the following manner:

*Facsimile*

_____
Attorney for the Defendant