IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | 2:06cr282-WC |
| ) | |
| DAREN L. BERGQUIST ) | |

## ORDER ON MOTION

Upon consideration of Defendant's Motion to Continue Trial (Doc. #21), and for good cause, it is

ORDERED that the Defendant's motion is GRANTED. It is further

ORDERED that trial currently set for May 7, 2007, in this matter is CANCELLED. The Court will advise the parties at a later time of the next trial date. It is further

ORDERED that counsel for the parties shall file a joint status report by May 29, 2007.

DONE this 1st day of May, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE