IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-cr-282-WC |
| | ) | |
| DAREN BERGQUIST | ) | |

**JOINT STATUS REPORT**

Comes now the United States of America by and through its Attorney for the Middle District of Alabama and states the following:

1. The defendant, through his counsel Richard White, requested pretrial diversion in writing on 23 January 2007.

2. The request was forwarded with a recommendation in favor of pretrial diversion to the United States Attorney's Office on 5 February 2007.

3. On 28 February 2007, the United States Attorney's Office requested additional information from the defendant.

4. The defendant, through his counsel Richard White, provided the requested additional information on 1 March 2007.

5. The United States Probation Office completed the pretrial diversion investigation report on 29 May 2007.

6. The United States Probation Office's report reveals that the defendant is a proper applicant for the pretrial diversion program.

7.   The report will be forwarded to the United States Attorney's Office to draft the pretrial diversion agreement.

Respectfully submitted this the 29th day of May, 2007.

Respectfully submitted,

**s/Reese H. Hays III**
REESE H. HAYS III
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB, AL  36112-6334
Telephone:  334-953-2786/2789
Fax:  334-953-2787

CERTIFICATE OF SERVICE

I hereby certify that on this the 29th day of May, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

**s/Reese H. Hays III**
REESE H. HAYS III
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB, AL  36112-6334
Telephone:  334-953-2786/2789
Fax:  334-953-2787