IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:06cr282-WC |
| | ) | |
| DAREN L. BERGQUIST | ) | |

## **ORDER**

Upon review of this case's file, it is

ORDERED that counsel for the parties shall file a joint status report by August 3, 2007 .

DONE this 27th day of July, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE