IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OR AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-CR-282-WC |
| | ) | |
| DAREN L. BERGQUIST | ) | |

## MOTION FOR LEAVE TO DISMISS INFORMATION

Comes now the United States of America by and through its Attorney for the Middle District of Alabama and moves the Court for leave to dismiss the Information without prejudice heretofore filed in the above styled cause on the grounds, to wit: <u>Defendant entering into Pre-Trial Diversion.</u>

Respectfully submitted this the 2nd day of August, 2007.

          Respectfully submitted,

          LEURA GARRETT CANARY
          UNITED STATES ATTORNEY

          **s/Reese H. Hays III**
          REESE H. HAYS III
          Special Assistant United States Attorney
          42 ABW/JA
          50 LeMay Plaza South
          Maxwell AFB, AL  36112-6334
          Telephone:  334-953-2786/2789
          Fax:  334-953-2787

## CERTIFICATE OF SERVICE

I hereby certify that on this the 2nd day of August, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such to filing to counsel of record, Richard B. White, Jr.

          **s/Reese H. Hays III**
          REESE H. HAYS III
          Special Assistant United States Attorney
          42 ABW/JA
          50 LeMay Plaza South
          Maxwell AFB, AL  36112-6334
          Telephone:  334-953-2786/2789
          Fax:  334-953-2787