IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:06cr282-WC |
| | ) | |
| DAREN L. BERGQUIST | ) | |

## ORDER ON MOTION

Upon consideration of the Motion for Leave to Dismiss Information (Doc. #25) as to DAREN L. BERGQUIST, and for good cause, it is

ORDERED that the motion (Doc. #25) is GRANTED.

DONE this 3rd day of August, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE